UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-00067-CRS
*Electronically Filed*

UNITED STATES OF AMERICA PLAINTIFF

V.

BRANDON HILLARD DEFENDANT

**NOTICE OF APPEARANCE**

Scott C. Cox and the law firm of Cox & Mazzoli, PLLC hereby enter their appearance as retained counsel of record on behalf of Mr. Hillard in the above styled matter substituting for the Honorable Eric James Weber and the Honorable Kevin M. Glogower.

 **RESPECTFULLY SUBMITTED,**

 /s/ *SCOTT C. COX*
 **SCOTT C. COX**
 600 West Main Street, Suite 300
 Louisville, Kentucky  40202
 (502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

 /s/ **SCOTT C. COX**
 Scott C. Cox